**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Metlife Home Loans and
Federal National Mortgage Association

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KATHLEEN R. HAIDER,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**FIRST AMERICAN TITLE INSURANCE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION;** and **METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A.,**<br><br>                    Defendants. | Case No. 3:12-cv-607-SI<br><br>Defendants Metlife Home Loans' and Federal National Mortgage Association's UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND |

## LR 7-1 CERTIFICATE OF CONFERRAL

Counsel for defendants Metlife Home Loans, a division of MetLife Bank, N.A. ("MetLife") and Federal National Mortgage Association ("Fannie Mae"), certifies that he conferred with counsel for plaintiff prior to filing this motion, and that plaintiff has no objection to the contents contained herein.

PAGE 1 -   METLIFE HOME LOANS' AND FEDERAL NATIONAL MORTGAGE
          ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME

126126.0004/5377521.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

## MOTION

Defendants MetLife and Fannie Mae respectfully request the Court issue an order extending the deadline by 28 days within which to file its response to plaintiff's Complaint, which is currently due May 7, 2012, or until June 4, 2012.

This lawsuit was removed to this Court on April 6, 2012. Since that time, plaintiff has initiated settlement negotiations, which are ongoing. The parties do not feel that any material benefit will result if defendants are required to answer at this time, but instead wish to preserve resources while the possibility of a resolution is examined.

This motion is not intended for the purpose of delay, and no party will be prejudiced by the granting of this motion.

DATED:  May 3, 2012

LANE POWELL PC

By /s/ Brian T. Kiolbasa
   Pilar C. French, OSB No. 962880
   Brian T. Kiolbasa, OSB No. 112890
   Telephone: 503.778.2100
Attorneys for Defendants MetLife Home Loans and Federal National Mortgage Association

PAGE 2 -   METLIFE HOME LOANS' AND FEDERAL NATIONAL MORTGAGE
             ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**LANE POWELL** PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200
126126.0004/5377521.1