Bowles Fernández Law LLC
Jeffrey A. Myers, OSB No. 094561
jeff@bowlesfernandez.com
John P. Bowles, OSB No. 971497
john@bowlesfernandez.com
Timothy J. Zimmerman, OSB No. 873765
tim@bowlesfernandez.com
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
Phone:  503-726-5930
**Attorneys for Plaintiffs**

IN THE DISTRICT COURT FOR THE UNITED STATES

STATE OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATHLEEN R. HAIDER, | Case No. 3:12-CV-607-SI |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |
| FIRST AMERICAN TITLE INSURANCE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A., | |
| Defendants. | |

I.  RELIEF REQUESTED

Jeffrey Myers, Timothy Zimmerman and John Bowles move this Court for an Order authorizing their withdrawal as the Attorney of Record for Plaintiff in the above captioned case.

II.  STATEMENT OF FACTS

This case is presently in pre-trial discovery. Plaintiff has unambiguously stated that she wishes the aforementioned attorneys of Bowles Fernandez Law, LLC to stop all work on her

Page 1– NOTICE OF ATTORNEY WITHDRAWAL

case and that she wishes to terminate our representation of her in this matter. The above-referenced attorneys of Bowles Fernández Law LLC, therefore seek to withdraw and affirm that withdrawal may be easily accomplished without any materially adverse impact on Plaintiff's interests as this matter is presently in pre-trial discovery.

III.    STATEMENT OF THE ISSUE

The following issue is presented for resolution by the Court: Whether to allow the aforementioned attorneys to withdraw as the Attorney of Record for Plaintiff.

IV.    PLAINTIFF'S CONTACT INFORMATION:

The Plaintiff can be reached at the following address, telephone number and email address: Address: 9121 SE Harrison Street, Portland, OR 97216 – Phone: 503-252-6100 – Email: k.haider.peace@gmail.com.

V.    EVIDENCE RELIED UPON

This Motion is based on the attached Declaration of Plaintiff'S Counsel, Jeffrey A. Myers.

DATED this 20th Day of April, 2012.

        Bowles Fernández Law LLC

        By:  /s/  JEFFREY A. MYERS_____
           Jeffrey A. Myers, OSB No. 094561
           Timothy Zimmerman, OSB No. 873765
           John Bowles, OSB No. 971497
           Of Attorneys for Plaintiff

        Trial Attorney:
        Timothy Zimmerman, OSB No. 873765

Page 2– NOTICE OF ATTORNEY WITHDRAWAL

Bowles Fernández Law LLC
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
Phone:  503-726-5930
Fax:  503-406-2428