Bowles Fernández Law LLC
Jeffrey A. Myers, OSB No. 094561
jeff@bowlesfernandez.com
John P. Bowles, OSB No. 971497
john@bowlesfernandez.com
Timothy J. Zimmerman, OSB No. 873765
tim@bowlesfernandez.com
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
Phone:  503-726-5930
**Attorneys for Plaintiff**

IN THE DISTRICT COURT FOR THE UNITED STATES

STATE OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATHLEEN R. HAIDER, | ) Case No. 3:12-CV-607-SI |
| | ) |
| Plaintiff, | ) DECLARATION IN SUPPORT OF |
| v. | ) MOTION TO WITHDRAW AS COUNSEL |
| | ) FOR PLAINTIFF |
| FIRST AMERICAN TITLE INSURANCE | ) |
| COMPANY; FEDERAL NATIONAL | ) |
| MORTGAGE ASSOCIATION; and METLIFE | ) |
| HOME LOANS, A DIVISION OF METLIFE | ) |
| BANK, N.A., | ) |
| | ) |
| Defendants. | ) |
| | ) |

1.

I am John Bowles.

2.

I am the attorney of record for Plaintiff.

3.

The Plaintiff can be reached at the following address, telephone number and email

Page 1– DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

address: Address: 9121 SE Harrison Street, Portland, OR 97216 – Phone: 503-252-6100 – Email: k.haider.peace@gmail.com.

4.

Plaintiff has advised Plaintiff's counsel in writing that Plaintiff wishes us to stop all work on her case and that she does not wish for us to represent her further.

5.

This matter is presently in pre-trial discovery.

6.

Plaintiff will not be materially prejudiced in any way by withdrawal as there are no pending hearings and no date for trial has been set.

7.

Plaintiff has not advised Plaintiff's counsel as to whether she has retained new counsel.

8.

Plaintiff has been served with a copy of this Motion and Declaration via US Mail at the address set forth in ¶ 3 of this Declaration.

State of Oregon        )
                       ) ss.
County of Clackamas )

DATED this 9th Day of July, 2012

Bowles Fernandez Law LLC


By:  ____JOHN P. BOWLES_____
     John P. Bowles, OSB No. 971497


Page 2– DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF