**Bruce C. Hamlin**, OSB No. 792542
E-mail:  bhamlin@martinbischoff.com
**MARTIN BISCHOFF TEMPLETON**
  **LANGSLET & HOFFMAN, LLP**
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone:  (503) 224-3113
Facsimile:  (503) 224-9471

Attorneys for Defendants Federal National
Mortgage Association and MetLife Home Loans

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KATHLEEN R. HAIDER**, <br><br>               Plaintiff, <br><br>        v. <br><br> **FIRST AMERICAN TITLE INSURANCE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A.,** <br><br>               Defendants. | Case No.:  3:12-cv-607-SI <br><br> **THIRD STATUS REPORT** |

Pursuant to the Court's Order of August 30, 2012, and, most recently a minute order dated February 7, 2013, the parties hereby submit the following Third Status Report.

1.      On August 27, 2012, Plaintiff and counsel for MetLife Bank, N.A. ("MetLife Bank") and Federal National Mortgage Association ("Fannie Mae") conferred via telephone,

Page 1 -     THIRD  STATUS REPORT

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

where plaintiff indicated her interest in pursuing a loan modification, and expressed that a change in her financial circumstances may make her a more attractive candidate for a loan modification.

2. On August 29, 2012, the parties filed their Joint Motion to Stay Proceedings and Strike Case Management Deadlines (the "Joint Motion") (ECF No. 19). The Joint Motion was granted by the Court on August 30, 2012 (ECF No. 20).

3. On November 28, 2012, the parties filed their Joint Status Report. (ECF No. 22). The parties requested an additional 60 days to continue their loan modification efforts.

4. On January 30, 2013, the parties filed their Second Joint Status Report. (ECF No. 23). The parties requested an additional 60 days to continue their loan modification efforts.

5. The parties are in the process of evaluating Ms. Haider for a loan modification. The parties therefore desire to extend the stay while her application is reviewed. There has been a change of servicer for this loan, which has complicated the matter somewhat. The undersigned has spoken with and exchanged e mail with the plaintiff and co-defendant, and can state that the parties want to continue their efforts to obtain a satisfactory resolution while preserving the Court's and the parties' resources. The undersigned has not received a response from the plaintiff regarding a stay. The undersigned respectfully requests that the Court enter an order extending the current stay for an addition one hundred and eighty (180) days so that the parties can continue their efforts. At the end of that period, if not sooner, the parties will report to the Court the outcome of the loan modification efforts at that time, and provide their recommendations to the Court regarding further proceedings.

/ / /

/ / /

Page 2 -   THIRD  STATUS REPORT

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

6.This Motion is made in good faith and is not intended for the purpose of delay, and no party will be prejudiced by the granting of this Motion.

DATED:  March 29, 2013

>MARTIN, BISCHOFF, TEMPLETON,
>   LANGSLET & HOFFMAN, LLP
>
>By:   /s/ Bruce C. Hamlin
>Bruce C. Hamlin, OSB No. 792542
>E-mail:   bhamlin@martinbischoff.com
>888 SW Fifth Avenue, Suite 900
>Portland, OR  97204
>Telephone:  503-224-3113
>Facsimile:  503-224-9471
>
>Attorneys for Defendants Federal National
>   Mortgage Association and MetLife
>   Home Loans

Page 3 -THIRD  STATUS REPORT

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I filed the foregoing THIRD STATUS REPORT via the U.S. District Court's CM/ECF Electronic Filing System.

I further certify that by filing said document via U.S. District Court's CM/ECF Electronic Filing System, a copy thereof was served by either electronic notice through ECF or by mailing to said individuals a true copy thereof, addressed to their last known regular address and deposited in the Post Office at Portland, Oregon as on the following parties:

DATED:  March 29, 2013.

        MARTIN, BISCHOFF, TEMPLETON,
         LANGSLET & HOFFMAN, LLP

By:   /s/Bruce C. Hamlin
    Bruce C. Hamlin, OSB No. 792542
    E-mail:   bhamlin@martinbischoff.com
    888 SW Fifth Avenue, Suite 900
    Portland, OR  97204
    Telephone:  503-224-3113
    Facsimile:  503-224-9471

    Attorneys for Defendants Federal National
       Mortgage Association and MetLife
       Home Loans

Page 1 -    CERTIFICATE OF SERVICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471