**Bruce C. Hamlin**, OSB No. 792542
E-mail:  bhamlin@martinbischoff.com
**MARTIN BISCHOFF TEMPLETON
  LANGSLET & HOFFMAN, LLP**
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone:  (503) 224-3113
Facsimile:  (503) 224-9471

Attorneys for Defendants Federal National
Mortgage Association and Metlife Home Loans

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KATHLEEN R. HAIDER**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**FIRST AMERICAN TITLE INSURANCE COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A.**,<br><br>　　　　　　Defendants. | Case No.:  3:12-cv-607-SI<br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL** |

　　　　The parties, by and through their respective counsel, stipulate and agree that the above-

/ / /

/ / /

/ / /

Page 1 -　STIPULATION FOR JUDGMENT OF DISMISSAL

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR  97204
Telephone (503) 224-3113
Fax (503) 224-9471

entitled proceeding may be dismissed with prejudice and without costs to any party.

BATEMAN SEIDEL MINER BLOMGREN
CHELLIS & GRAM PC

Dated: March 25, 2014

By: /s/ Travis Hall
Travis W. Hall, OSB No. 98451
E-Mail: thall@batemanseidel.com
888 SW 5th Ave., Ste. 1250
Portland, OR 97204
Telephone: 503-972-9920
Facsimile: 503-972-9906

Of Attorneys for Plaintiff

McCARTHY HOLTHUS, LLP

Dated: March 28, 2014

By: /s/ Robert B. Hakari
Robert B. Hakari, OSB No. 114082
E-Mail: rhakari@mccarthyholthus.com
920 SW 3rd Ave., 1st Fl.
Portland, OR 97204
Telephone: 971-201-3200
Facsimile: 971-201-3202

Of Attorneys for Defendant First American
Title Insurance Company

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN, LLP

Dated: March 28, 2014

By: /s/ Bruce C. Hamlin
Bruce C. Hamlin, OSB No. 792542
E-mail: bhamlin@martinbischoff.com
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: 503-224-3113
Facsimile: 503-224-9471

Of Attorneys for Defendants Federal National
Mortgage Association and MetLife
Home Loans

Page 2 - STIPULATION FOR JUDGMENT OF DISMISSAL

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

CERTIFICATE OF SERVICE

    I hereby certify that, on this date, I filed the foregoing **STIPULATION FOR JUDGMENT OF DISMISSAL** via the U.S. District Court=s CM/ECF Electronic Filing System.

    I further certify that by filing said document via U.S. District Court's CM/ECF Electronic Filing System, a copy thereof was served by electronic notice through ECF on all counsel of record.

    DATED: March 28, 2014.

                              MARTIN, BISCHOFF, TEMPLETON,
                                LANGSLET & HOFFMAN, LLP

                            By: /s/Bruce C. Hamlin
                                Bruce C. Hamlin, OSB No. 792542
                                E-mail: bhamlin@martinbischoff.com
                                888 SW Fifth Avenue, Suite 900
                                Portland, OR 97204
                                Telephone: 503-224-3113
                                Facsimile: 503-224-9471

                                Attorneys for Defendants Federal National
                                    Mortgage Association and MetLife
                                    Home Loans

Page 1 -    CERTIFICATE OF SERVICE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471